LASSER PREYER COMPANY, INCORPORATED, Respondent, v. FREDERICK R. ATKINSON, Appellant.— Judgment and order affirmed, with costs.   All concur.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE RYAN, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, N. Y., Respondent. — Order affirmed on the ground that when the order of dismissal was made the relator was being lawfully detained under the first sentence.   All concur.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CLARK B. GRIFFITH, Respondent, v. LIBBIE BULLARD and Another, Appellants. — Order entered December 24, 1931, reversed, without costs, pursuant to stipulation.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARL A. LONG, JR., an Infant, by His Guardian ad Litem, CARL A. LONG, Respondent, v. GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   (Order entered March 7, 1932.) Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CARL A. LONG, Respondent, v. GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   (Order entered March 7, 1932.)   Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of ETHEL HOWARD HOLM, Appellant, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF ROCHESTER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.   (Order entered March 7, 1932.)   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SAUCKE BROS. CONSTRUCTION CO., INC., Appellant, v. EDWARD A. COMSTOCK and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.   (Order entered March 7, 1932.)   Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of MABEL SALISBURY for a Certiorari Order against NEW YORK BOARD OF SOCIAL WELFARE and Others.— Order of certiorari dismissed and determination confirmed, without costs.   All concur.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.